UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIS RICARDO LLOYD,<br><br>                              Plaintiff,<br><br>     -against-<br><br>ROSLYN R. MAUSKOPF; WILLIAM PETRUCCI; FBI AGENT-IN-CHARGE; RAYMOND J. DEARIE,<br><br>                              Defendants. | 20-CV-10357 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued December 11, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 11, 2020
           New York, New York

                                                       *Louis L. Stanton*
                                                       Louis L. Stanton
                                                          U.S.D.J.