UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIS RICARDO LLOYD,<br><br>    Plaintiff,<br><br>  -against-<br><br>ROSLYN R. MAUSKOPF; WILLIAM PETRUCCI; FBI AGENT-IN-CHARGE; RAYMOND J. DEARIE,<br><br>    Defendants. | 20-CV-10357 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

  Plaintiff filed this complaint *pro se* and *in forma pauperis*, alleging that Defendants violated his rights. By order dated December 11, 2020, the Court dismissed the complaint as frivolous. On January 20, 2021, Plaintiff filed a notice of appeal and an extension of time to file a notice of appeal. On August 16, 2021, the Second Circuit dismissed Plaintiff's appeal as lacking "an arguable basis in either in law or in fact." *See Lloyd v. Mauskopf*, 21-138 (2d Cir. Aug. 16, 2021). Because the Second Circuit reached the merits of Plaintiff's appeal, the motion for an extension of time to file a notice of appeal is denied as moot. This matter is closed. No further documents will be accepted in this case except for those captioned for the Second Circuit.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 20, 2021
    New York, New York

                      *Louis L. Stanton*
                       Louis L. Stanton
                         U.S.D.J.